AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Tara Trantham <br> *Plaintiff* <br> v. <br> Omni Financial of Nevada, Inc. <br> *Defendant* | Civil Action No.  6:23-1960-HMH-KFM |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the defendant's motion to compel arbitration (ECF No. 6) is granted and this action is dismissed.

This action was *(check one)*:

■ decided by the Honorable Henry M. Herlong, Jr.

Date:  October 10, 2023

*ROBIN BLUME, CLERK OF COURT*

*s/ PG Brissey*

*Signature of Clerk or Deputy Clerk*